UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| HOUSTON SPECIALTY INSURANCE COMPANY | ) ) ) | |
| | ) | CIVIL DOCKET NO. 5:17-CV-01010-RGJ-MLH |
| Plaintiff | ) | |
| v. | ) ) | |
| ASCENSION INSULATION AND SUPPLY, INC., ADAM WHATLEY AND CARLY WHATLEY | ) ) ) ) | JUDGE ROBERT G. JAMES |
| | ) ) | MAGISTRATE JUDGE HORNSBY |
| Defendants | ) | |

___

Considering Ascension Insulation and Supply, Inc.'s *Motion to Dismiss or Alternatively, Motion to Abstain* and supporting memorandum;

IT IS HEREBY ORDERED that Ascension Insulation and Supply, Inc.'s Motion to Dismiss or Alternatively, Motion to Abstain, is granted and Houston Specialty Insurance Company's declaratory action is dismissed without prejudice.

Signed in _____, Louisiana, this ____ day of _____ 2017.

_____
Robert G. James
United States District Court Judge,
Western District of Louisiana, Shreveport Division