UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| HOUSTON SPECIALTY INSURANCE COMPANY | * * * | CIVIL ACTION NO: 5:17-cv-01010-RGJ-MLH |
| VS. | * * | JUDGE: ROBERT G. JAMES |
| ASCENSION INSULATION AND SUPPLY, INC., ADAM WHATLEY AND CARLY WHATLEY | * * * | MAG. JUDGE: MARK L. HORNSBY |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO DISMISS OR ALTERNATIVELY TO ABSTAIN**

Defendants, Adam Whatley and Carly Whatley, individually and on behalf of their minor children (collectively referred to as the "Whatleys"), respectfully submit this Memorandum in Support.

On December 28, 2017, co-defendant, Ascension Insulation and Supply, Inc. ("Ascension Insulation"), filed a Motion to Dismiss or Alternatively to Abstain (Rec. Doc. 9). The Whatleys hereby adopt and incorporate in full the Motion filed by Ascension Insulation, along with the Memorandum in Support and attached exhibit. For the reasons set forth in Ascension Insulation's Motion, the Whatleys request that this action be dismissed.

For these reasons, the Whatleys request that this Honorable Court dismiss the Complaint for Declaratory Judgment filed by Plaintiff, Houston Specialty Insurance Company.

1538936.1

RESPECTFULLY SUBMITTED:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
One American Place, 23rd Floor
P. O. Box 3197
Baton Rouge, LA 70821-3197
Telephone: (225) 387-4000
Facsimile: (225) 381-8029

*/s/ Jacob E. Roussel*_____
Thomas R. Temple, Jr., La. Bar Roll No. 26130
John T. Andrishok, La. Bar Roll No. 24942
Jacob E. Roussel, La. Bar Roll No. 34742
***Attorneys for Adam Whatley and Carly Whatley***