# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| HOUSTON SPECIALTY INSURANCE CO. | CIVIL ACTION NO. 17-cv-1010 |
| VERSUS | JUDGE DOUGHTY |
| ASCENSION INSULATION & SUPPLY, INC., ET AL | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that the Motions to Dismiss [Docs. Nos. 9 and 15] are **denied**.

The Court will consider the Report and Recommendation [Doc. No. 53] on the pending Motion for Summary Judgment [Doc. No. 22] and Motion to Strike [Doc. No. 43] when all delays have run.

MONROE, LOUISIANA, this 9th day of August, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE