# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| HOUSTON SPECIALTY INSURANCE CO. | CIVIL ACTION NO. 17-cv-1010 |
| VERSUS | JUDGE DOUGHTY |
| ASCENSION INSULATION & SUPPLY, INC., ET AL | MAGISTRATE JUDGE HORNSBY |

# RULING

Pending before the Court are a Motion for Summary Judgment [Doc. No. 22] filed by Plaintiff Houston Specialty Insurance Co. ("Houston Specialty") and a Motion to Strike [Doc. No. 43] filed by Defendant Ascension Insulation & Supply, Inc. ("Ascension").

On July 25, 2018, Magistrate Judge Hornsby issued a Report and Recommendation [Doc. No. 53] in which he recommended that the Court deny both motions. Magistrate Judge Hornsby further recommended that the Court exercise its discretion and dismiss the Complaint without prejudice given the effect factual development and/or trial in the related state court matter could have on this lawsuit.

On August 21, 2018, Houston Specialty filed an objection [Doc. No. 55] to the Report and Recommendation.[1]

---

[1] Although Ascension's response to Houston Specialty's objection is not due until September 4, 2018, the Court finds no reason to delay its ruling and judgment adopting the Report and Recommendation when Ascension made no objection thereto.

Having conducted a *de novo* review of the entire record, the Court finds that Magistrate Judge Hornsby correctly stated and applied the law and hereby ADOPTS his Report and Recommendation. The Court issues this Ruling to address points raised in Houston Specialty's objections.

In its objections, Houston Specialty raises the argument that Magistrate Judge Hornsby improperly assigned the burden of proof as to the coverage issues. However, there are genuine issues of material fact no matter which side has the burden of proof. Therefore, Houston Specialty's Motion for Summary Judgment should be denied.

Additionally, this Court agrees with Magistrate Judge Hornsby's recommendation that this matter be dismissed without prejudice. Because of the factual issues that might be developed, having two courts determining these factual issues would result in a duplication of efforts and may result in inconsistent verdicts.

For all of the reasons and those stated by Magistrate Judge Hornsby, the Court DENIES the pending Motions to Strike and for Summary Judgment and DISMISSES this action WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 22nd day of August, 2018.

                          TERRY A. DOUGHTY
                       UNITED STATES DISTRICT JUDGE