# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **HOUSTON SPECIALTY INSURANCE CO.** | **CIVIL ACTION NO. 17-cv-1010** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **ASCENSION INSULATION & SUPPLY, INC., ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

After a *de novo* review of the record, for the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein and for the additional reasons stated in this Court's Ruling,

**IT IS ORDERED** that Plaintiff Houston Specialty Insurance Co.'s Motion for Summary Judgment [Doc. No. 22] **is DENIED**.

**IT IS FURTHER ORDERED** that Defendant Ascension Insulation & Supply, Inc.'s Motion to Strike [Doc. No. 43] is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED WITHOUT PREJUDICE** to allow further proceedings in the related state court case.

MONROE, LOUISIANA, this 22nd day of August, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE